IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:11-cv-187-FL

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HARTFORD CASUALTY INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, ASSURANCE COMPANY OF AMERICA, FIRST FINANCIAL INSURANCE COMPANY, FIRST MERCURY INSURANCE COMPANY, and G.R. HAMMONDS, INC. a/k/a G.R. HAMMONDS ROOFING, INC. a/k/a HAMMONDS ROOFING, | ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

This matter having come before the Court upon Plaintiff Harleysville Mutual Insurance Company's Unopposed Motion to Consolidate in the above-captioned lawsuit, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED that this action be consolidated with the action now pending before this Court captioned *"Harleysville Mutual Insurance Company v. G.R. Hammonds Roofing, Inc.* et al.*"*, Civil Action No. 7:11-CV-98-FL, with all future documents to be filed

under Civil Action No. 7:11-CV-187, and that the consolidated action be controlled by the Case Management Order entered in Civil Action No. 7:11-CV-187. [D.E. 72; 7:11-CV-187-FL].

SO ORDERED, this the 24 day of October, 2012.

                        LOUISE W. FLANAGAN
                        United States District Judge