IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-187-FL

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| HARTFORD CASUALTY INSURANCE COMPANY et al., | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on Defendants Hartford Fire Insurance Company and Hartford Casualty Insurance Company's Motion to Stay Pending Resolution of Fourth Circuit Appeal. Having considered the matter, and for good cause shown, it is ORDERED that the Motion is GRANTED and this matter is STAYED pending the resolution of the appeal in *Hartford Fire Insurance Co. v. Harleysville Mutual Insurance Co. et al.*, No. 12-1761, in the United States Court of Appeals for the Fourth Circuit.

This 27th day of February, 2013.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE