UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| | ) | No. 7:11-CV-187-FL |
| HARTFORD CASUALTY INSURANCE COMPANY; ASSURANCE COMPANY OF AMERICA; FIRST FINANCIAL INSURANCE COMPANY; FIRST MERCURY INSURANCE COMPANY; G.R. HAMMONDS, INC., also known as G.R. HAMMONDS ROOFING, INC., also known as HAMMONDS ROOFING; and HARTFORD FIRE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered February 27, 2015 and May 4, 2015, and for the reasons set forth more specifically therein, that Hartford Casualty Insurance Company and Hartford Fire Insurance Company's motion for summary judgment is granted in part and Harleysville Mutual Insurance Company's motion for summary judgment is granted in part, solely regarding defense costs in the Vista Cove lawsuit. The summary judgment motions of First Mercury Insurance Company, Assurance Company of America, and First Financial Insurance Company are denied. Further, the insurance companies that are party to this action, Harleysville, Hartford, Assurance, First Financial, and First Mercury, are obligated for their respective share of defense costs and indemnity obligations as set forth in Updated Tables 1 to 3, and Tables 4 to 6, with total defense costs and indemnity obligation balances of overpayments and underpayments as set forth at Table 7, of the court's May 4, 2015 order.

**This Judgment Filed and Entered on May 5, 2015, and Copies To:**

David G. Harris, II  (via CM/ECF Notice of Electronic Filing)
David L. Brown  (via CM/ECF Notice of Electronic Filing)
Kearns Davis  (via CM/ECF Notice of Electronic Filing)
Lee H. Ogburn  (via CM/ECF Notice of Electronic Filing)
Steven M. Klepper  (via CM/ECF Notice of Electronic Filing)
D.J. O'Brien, III  (via CM/ECF Notice of Electronic Filing)
Christopher M. Kelly  (via CM/ECF Notice of Electronic Filing)
Gillian Shannon Crowl  (via CM/ECF Notice of Electronic Filing)
Phillip E. Reeves  (via CM/ECF Notice of Electronic Filing)
Elizabeth Jones Smith  (via CM/ECF Notice of Electronic Filing)
Frank Lane Williamson  (via CM/ECF Notice of Electronic Filing)
Nancy E. Walker  (via CM/ECF Notice of Electronic Filing)
Blake A. Palmer  (via CM/ECF Notice of Electronic Filing)
Denise Marra DePekary  (via CM/ECF Notice of Electronic Filing)
Gary S. Kull  (via CM/ECF Notice of Electronic Filing)
John C. Millberg  (via CM/ECF Notice of Electronic Filing)
Meredith E. Woods (via CM/ECF Notice of Electronic Filing)
James Almond Merritt, Jr.  (via CM/ECF Notice of Electronic Filing)

May 5, 2015                                    JULIE RICHARDS JOHNSTON, CLERK

    /s/ Christa N. Baker
(By) Christa N. Baker, Deputy Clerk